1  **Bruce A. Neilson #096952**
   **7108 N. Fresno St. #410**
2  **Fresno, California  93720**
   **Telephone (559) 432-9831**
3  **Facsimile (559) 432-1837**

4  **Attorney for Defendants**
   Amrik Bhandal and Bhandal Petroleum
5  Corporation dba Big B's Travel Center

6

7                  **UNITED STATES DISTRICT COURT**

8                  **EASTERN DISTRICT OF CALIFORNIA**

9                            * * * * *

10  RACHEL LOBATO,                    )   CASE NO. 1:16-cv-00833-AWI-MJS
                                      )
11         Plaintiff,                 )   SECOND STIPULATION AND
                                      )   ~~PROPOSED~~ ORDER TO EXTEND TIME
    vs.                               )   FOR ALL DEFENDANTS TO RESPOND
12                                    )   TO THE COMPLAINT; STIPULATION
    AMRIK BHANDAL; BHANDAL            )   TO CONTINUE DATE FOR
13  PETROLEUM CORPORATION dba BIG     )   MANDATORY SCHEDULING
    B'S TRAVEL CENTER;                )   CONFERENCE TO AFFORD THE
14                                    )   PARTIES AN OPPORTUNITY TO
           Defendants.               )   FULLY EXPLORE SETTLEMENT
15  _____ )

16

17         WHEREAS:

18  1.    Plaintiff RACHEL LOBATO ("Plaintiff") filed her complaint in this action on June 16,

19  2016.

20  2.    This is the second request for an extension of time for AMRIK BHANDAL and

21  BHANDAL PETROLEUM CORPORATION dba BIG B'S TRAVEL CENTER  ("Defendants").

22  A previous extension of time was granted by Plaintiff within the statutory allowance; thus, court

23  approval is required for a further extension of time.

24  3.    Plaintiff and Defendants are in settlement negotiations at this time, and a CASp report has

25  been received this week. Time is needed to review the report and finalize a settlement.  The parties

26  are hopeful a settlement can now be reached if an extension of time is granted to respond and the

27  mandatory scheduling conference presently set for September 22, 2016 is continued.

28  4.    The parties agree that settlement of this case would save valuable court time and resources.

Case 1:16-cv-00833-AWI-MJS   Document 8   Filed 09/19/16   Page 2 of 3

5.     The parties have agreed that the time for all Defendants to answer or otherwise respond to the Complaint shall be extended up to and including October 13, 2016 pending court approval, and that the mandatory scheduling conference be continued to a date on or after October 27, 2016 at the Court's convenience, also pending court approval.

NOW THEREFORE, Defendants through their attorneys, and Plaintiff RACHEL LOBATO, through her attorney, hereby stipulate and agree that the time for AMRIK BHANDAL and BHANDAL PETROLEUM CORPORATION dba BIG B'S TRAVEL CENTER to answer or otherwise respond to the Complaint shall be extended up to and including October 13, 2016 pending court approval, and that the mandatory scheduling conference be continued to a date on or after October 27, 2016 at the Court's convenience, also pending court approval.

**IT IS SO STIPULATED.**

Dated: September 7, 2016

MOORE LAW FIRM, PC
          /s/Tanya E. Moore
Tanya E. Moore, Attorney for Plaintiff Rachel Lobato

Dated: September 7, 2016

          /s/Bruce A. Neilson
Bruce A. Neilson, Attorney for Defendants, Amrik Bhandal and Bhandal Petroleum Corporation dba Big B's Travel Center

**ORDER**

The Parties having so stipulated and good cause appearing,

IT IS HEREBY ORDERED that the mandatory scheduling conference in this action be continued from September 22, 2016 to November 9, 2016 at 1:30pm in Courtroom 6 of the above entitled court.  A joint scheduling report shall be filed no later than seven  days prior to this date.

IT IS ALSO HEREBY ORDERED that the time for all Defendants  to answer or otherwise respond to the Complaint shall be extended up to and including October 13, 2016.

IT IS SO ORDERED.

Dated:   September 16, 2016          /s/ *Michael J. Seng*
                                        UNITED STATES MAGISTRATE JUDGE

Rachel Lobato v. Amrik Bhandal, et al.                                2
Second Stipulation and Proposed Order For Extension of Time        Case No. 1:16-cv-00833-AWI-MJS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Rachel Lobato v. Amrik Bhandal, et al.
Second Stipulation and Proposed Order For Extension of Time          Case No. 1:16-cv-00833-AWI-MJS